IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEBRA HOSEA<br>    Plaintiff<br>v.<br><br>CHASE MANHATTAN BANK, now known<br>as JP MORGAN CHASE BANK<br>    Defendant | Civil Action No. 3:02-CV-0474-H |



## ORDER OF REFERRAL FOR MEDIATION

This case is appropriate for mediation. **Ms. Kathy Fragnoli of Burdin Mediations, 4514 Cole Avenue, Suite 1450, Dallas, Texas 75205, (Ph: 214-528-1411 & FAX: 214-528-2070)** is appointed Mediator. See Attachment A for list of counsel. All counsel are directed to contact the mediator to arrange the logistics of mediation.

The mediation will be governed by Section III.D - G of the Court's Civil Justice Expense and Delay Reduction Plan.

Fees for the mediation are to be divided and borne equally by the parties unless agreed otherwise, shall be paid by the parties directly to the Mediator, and shall be taxed as costs.

No subpoenas, summons, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

1

//

Counsel and parties shall proceed in a good faith effort to resolve this case and shall agree upon a mediation date. If no agreed date can be scheduled then the Mediator shall select a date and all parties shall appear as directed by the Mediator.

**THE MEDIATION WILL NOT TAKE PLACE UNTIL AFTER THE DISCOVERY DEADLINE OF NOVEMBER 12, 2002.**

The Mediator is directed to notify the Court by **December 1, 2002**, of the scheduled date for the mediation.

Following the mediation, the Mediator is directed to file a report as to the results with the District Clerk by **January 17, 2003**, by completing and filing with the District Clerk the information required by § III.G of the Court's Civil Justice Expense and Delay Reduction.

This case is currently set for trial for the weeks of March 10, 17 and 24, 2003. Referral to mediation is not a substitute for trial and the case will be tried if not settled.

SO ORDERED.

DATED: October 8, 2002

/s/ Barefoot Sanders
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ATTACHMENT A

**Counsel for Plaintiff:**
Stephen W. Shoultz
McGready L. Richeson
Law Office of Stephen W. Shoultz
900 Jackson Street, Ste. 750, LB 7
Dallas, TX 75202-4425
    PH:   214-742-3293
    FAX  214-742-7701


**Counsel for Defendant:**
Jerry Clements
Kelly J. Thurman
Locke Liddell & Sapp
2200 Ross Avenue, Ste. 2200
Dallas TX 75201-6776
    PH:   214-740-8000
    FAX:  214-740-8800

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

<u>**A**LTERNATIVE **D**ISPUTE **R**ESOLUTION **S**UMMARY</u>

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: _____

2. Style of case: _____

3. Nature of suit: _____

4. Method of ADR used:    ☐ Mediation    ☐ Mini-Trial    ☐ Summary Jury Trial

5. Date ADR session was held: _____

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.      ☐ Settled, in part, as a result of ADR.

   ☐ Settled as a result of ADR.           ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $_____

8. Duration of ADR: _____ (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   (Provider)
   _____    _____

   _____    _____

   _____    _____

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

   _____    _____
   Signature                         Date

   _____    _____
   Address                           Telephone

**Alternative Dispute Resolution Summary**
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name: _____     Name: _____
Firm: _____     Firm: _____
Address: _____    Address: _____
_____          _____
Phone: _____    Phone: _____


Name: _____     Name: _____
Firm: _____     Firm: _____
Address: _____    Address: _____
_____          _____
Phone: _____    Phone: _____


Name: _____     Name: _____
Firm: _____     Firm: _____
Address: _____    Address: _____
_____          _____
Phone: _____    Phone: _____


Name: _____     Name: _____
Firm: _____     Firm: _____
Address: _____    Address: _____
_____          _____
Phone: _____    Phone: _____